IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

UNITED STATES OF AMERICA                                                    PLAINTIFF

VS.                              CASE NO. 4:99-cr-40007-001

RICHARD TIMROD DORMAN                                                    DEFENDANT

# ORDER

Before the Court is Defendant's Motion to Rescind Restitution. (ECF No. 34). The Government has responded. (ECF No. 35). Defendant has replied. (ECF No. 37). The matter is ripe for the Court's consideration.

Defendant requests the Court to rescind his $19,061.17 in restitution for bank fraud. The Government responds that there is no statutory provision allowing a defendant to move for elimination of restitution, and only the Government may petition for remission of a fine. Like the Government, the Court finds no statutory provision allowing Defendant to move for the elimination of his restitution. And, in this case, the Government makes no petition for remission of Defendant's fine. Accordingly, Defendant's Motion to Rescind Restitution (ECF No. 34) should be and hereby is **DENIED**.

**IT IS SO ORDERED**, this 28th day of January, 2014.

/s/ Harry F. Barnes
Harry F. Barnes
Senior United States District Judge